

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00737-CV

**IN RE COIL TUBING SOLUTIONS, LLC**
and Jose Daniel Quintanilla

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

On November 20, 2015, relators Coil Tubing Solutions, LLC and Jose Daniel Quintanilla filed a petition for writ of mandamus and motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to mandamus relief. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 1, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-14-341, styled *Sylvia Lazo and San Juan Laso v. Coil Tubing Solutions, LLC and Jose Daniel Quintanilla*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.